□AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Eastern District of North Carolina

**RECEIVED MAY 7 2008** U.S. Marshals Service, EDNC

UNITED STATES OF AMERICA

V.

Ana Elizabeth Garcia Soto
Aka: Brendaly Rivera Torres

## WARRANT FOR ARREST

Case Number: 5:08-M-1255

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Ana Elizabeth Garcia Soto**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| Indictment | Information | X Complaint | Order of court | Probation Violation Petition | Supervised Release Violation Petition | Violation Notice |

charging him or her with:

Aggravated Identity Theft and False Claim to US Citizenship

in violation of Title __18__ United States Code, Section(s) __1028A(a)(1) and 911__

_signature_
James E. Gates
United States Magistrate Judge

May 6, 2008, Raleigh, NC
Date

**FILED**

MAY 13 2008

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

## RETURN

This warrant was received and executed with the arrest of the abovenamed defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 05-06-2008 | Tony Bell, DOS | By Karen U. Thomas, E/NC |

Case 5:08-mj-01255-JG   Document 7   Filed 05/13/08   Page 1 of 1